# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DAVID R. BRIDGES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) FILE NO.: 2:11-CV-0262-WCO |
| GARY KISER TRUCKING, INC., RAY CHARLES WILSON AND CAROLINA CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION EXCLUDE PLAINTIFF'S EXPERT DAVID DORRITY'S SUPPLEMENTAL OPINIONS AND STRIKE DAVID DORRITY'S AFFIDAVIT

COME NOW, Gary Kiser Trucking, Inc., Ray Charles Wilson and Carolina Casualty Insurance Company, Defendants in the above, and file their Motion to Exclude Expert David Dorrity's Supplemental Opinions and Strike David Dorrity's Affidavit on the grounds that this supplementation and the Affidavit are untimely and not proper under Federal Rule of Civil Procedure 26(e). This Motion to Exclude Supplement Opinions and Strike David Dorrity's Affidavit is based upon all pleadings of record and Defendants' Brief in Support of Defendants' Motion to Exclude and Strike (titled Reply Brief In Opposition To Plaintiff's Response To Motion To Exclude Testimony of David Dorrity and Brief In Support Of Motion to

Exclude Supplemental Opinions and Strike Affidavit of David Dorrity), including specific references to those parts of the pleadings and evidence before this Court which support Defendants' contentions, and all exhibits submitted herewith.

Respectfully submitted this 16th day of December, 2012.

**CARLOCK, COPELAND & STAIR, LLP**

By: */s/ Erica L. Holzman*
D. GARY LOVELL, JR.
State Bar No.: 459389
ERICA L. HOLZMAN
State Bar No. 006757
Attorneys for Defendants

191 Peachtree Street, N.E.
Suite 3600
Atlanta, GA 30303-1740
(404) 522-8220

This is to certify that the foregoing pleading was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(B).

This 16th day of December, 2012.

        **CARLOCK, COPELAND & STAIR, LLP**

        By: */s/ Erica L. Holzman*
           D. GARY LOVELL, JR.
           State Bar No.: 459389
           ERICA L. HOLZMAN
           State Bar No. 006757
           Attorneys for Defendants

191 Peachtree Street N.E.
Suite 3600
Atlanta, GA 30303-1740
(404) 522-8220

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Edward E. Strain, III, Esq.
Cathey & Strain, P.C.
P.O. Box 689
Cornelia, GA 30531

Jerry F. Lee, Esq.
Law Office of Jerry F. Lee
190 Whisperwood Way
Cleveland, GA 30528

This 16th day of December, 2012.

/s/ Erica L. Holzman
ERICA L. HOLZMAN
State Bar No.: 006757
Attorney for Defendants

Carlock, Copeland & Stair, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, GA 30303-1740
(404) 522-8220