# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:11-cv-00262-WCO
## Bridges v. Gary Kiser Trucking, Inc. et al
## Honorable William C. O'Kelley

Minute Sheet for proceedings held In Chambers on 01/30/2013.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:40 P.M.　　COURT REPORTER: Andy Ashley
TIME IN COURT: 00:40　　DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Matthew Cathey representing David R. Bridges<br>Erica Holzman representing Carolina Casualty Insurance Company<br>Erica Holzman representing Gary Kiser Trucking, Inc.<br>Erica Holzman representing Ray Charles Wilson<br>Jerry Lee representing David R. Bridges<br>Edward Strain representing David R. Bridges |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The court discussed [34] Motion for Extension of Time to Complete Discovery, with the parties. Plaintiff's counsel updated the court on the status of the case, argued their opposition to [34] Motion for Extension of Time to Complete Discovery. Defense counsel responded, addressed their discovery request. The court addressed remaining pending motions, the court denied [40] Motion to Exclude Plaintiff's Expert David Dorrity and [74] Motion to Exclude Supplemental Opinions of Expert David Dorrity, however, the court allowed the defendant fourteen (14) days to depose plaintiff's designated expert, plaintiff's counsel is directed to make their expert available within this time period, after the deposition of plaintiff's expert, plaintiff is allowed ten (10) days to depose defendant's expert. The court took [38] Motion for Summary Judgment under advisement. |